### *Nicholas Bradt* v. *Bethuel Way and Hannah his Wife.*

VAN ANTWERP moved for judgment as in case of nonsuit, for not proceeding to trial according to notice.

*Van Yeveren* read an affidavit stating, that previous to the circuit, arbitration bonds had been entered into by the parties in the suit, and an award made.

*Per Curiam.* Let the defendant take nothing by his motion, and pay the costs of resisting this application.

*N. B. It seems that wherever the affidavits contra, disclosed circumstances that clearly show the application noticed will be ineffectual, costs for resisting will follow the denial.*